JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JESSICA NORIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, PAIGE WORDEN, an individual; BERNICE DOE, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants | Case No. 2:17-cv-05633-R-AGR<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS**<br><br>Complaint Filed: January 4, 2017<br><br>District Judge: Hon. Manuel L. Real |

The parties have informed the Court that they have entered into a settlement for dismissal of all claims.

Pursuant to the stipulation for dismissal, it is hereby ORDERED that: (a) the entire action shall be dismissed with prejudice; and (b) with respect to the dismissal, each party shall bear its own costs and attorneys' fees.

DATE: September 14, 2017

_____
HON. MANUEL L. REAL

-1- Case No. 2:17-cv-05633-R-AGR
ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS